April 28, 2021



**MEMORANDUM FOR COURT CLERK, Mr. Cicolini, Case Number 21-50250**



Dear Mr. Cicolini,

As per your request, I have corrected the Matrix and added a Certificate of Service. I have made the required payment of $32.00 for the corrected Matrix

For your information, Judge Manning has granted me a Motion to Extend Time to file lists, schedules and statements, and other documents. Copy of Judge Manning's Order is herewith enclosed for your reference.

Thank you for your kind assistance.

_[signature]_

Kai Uwe M. Young, Filing Pro Se

81 Pine Hill Avenue

Stamford, CT 06906

Tel. (203) 667-1187

# United States Bankruptcy Court
## District of Connecticut



In re:

Kai-Uwe M. Young

Case Number: 21-50250

2021 APR 28　Chapter: 13

Debtor*

## ORDER GRANTING MOTION TO EXTEND TIME
## TO FILE LISTS, SCHEDULES AND STATEMENTS, AND OTHER DOCUMENTS

Kai-Uwe M. Young (the "Debtor"), filed a Motion seeking an extension of time to file all lists, schedules, statements, and other documents required by Federal Rules of Bankruptcy Procedure 1007 dated April 19, 2021 (the "Rule 1007 Extension of Time", ECF No. 10).

After notice and a hearing, see 11 U.S.C. § 102(1), it appearing that cause exists to grant the Rule 1007 Extension of Time; it is hereby

**ORDERED:** The Rule 1007 Extension of Time is granted and the Debtor shall file all lists, schedules, statements, and other documents required to be filed by Federal Rules of Bankruptcy Procedure 1007 on or before May 10, 2021; and it is further

**ORDERED:** The failure of the Debtor to timely comply with the filing of all lists, schedules, statements, and other documents as required by this Order shall result in the dismissal of this case; and it is further

**ORDERED:** The Debtor shall file the Chapter 13 Plan as required by Federal Rules of Bankruptcy Procedure 3015 on or before May 10, 2021.

Dated: April 21, 2021

BY THE COURT

Julie A. Manning
Chief United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

*For the purposes of this order, "Debtor" means "Debtors" where applicable.